## IN RE DIANIS M.

The respondent Dianis M.'s petition for certification for appeal from the Appellate Court, 67 Conn. App. 901 (AC 20593), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*David B. Rozwaski*, special public defender, in support of the petition.

*Eileen F. McCarthy*, assistant state's attorney, in opposition.

Decided January 10, 2002

---

## THE BANK OF NEW YORK, TRUSTEE *v.* EUGENE CHIMBLO ET AL.

The defendant Gerhard P. Hutter's petition for certification for appeal from the Appellate Court (AC 22087) is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Gerhard P. Hutter*, pro se, in support of the petition.

*Geoffrey K. Milne*, in opposition.

Decided January 10, 2002

---

## NANCY O'NEIL, ADMINISTRATRIX (ESTATE OF BRUCE C. CHASE) *v.* HONEYWELL, INC., ET AL.

The petition by the defendant second injury fund for certification for appeal from the Appellate Court, 66 Conn. App. 332 (AC 19295), is denied.

*Yinxia Long*, assistant attorney general, in support of the petition.